**Electronically Filed
Supreme Court
SCWC-12-0000007
24-DEC-2013
10:18 AM**

SCWC-12-0000007

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

PAUL C.K. KAEO,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000007; CR. NO. 09-1-0719)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant's Application for Writ of Certiorari, filed on November 12, 2013, is hereby accepted and will be scheduled for oral argument.

The parties will be notified by the appellate clerk regarding scheduling of the oral argument.

DATED: Honolulu, Hawai'i, December 24, 2013.

Randall K. Hironaka,
for petitioner

Stephen K. Tsushima,
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

